**Andre WILLIAMS, Sr., Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 99906.**

Missouri Court of Appeals,
Eastern District,
Division Five.

Dec. 17, 2013.

Lisa M. Stroup, Missouri Public Defender Office, St. Louis, MO, for Appellant.

Chris Koster, Attorney General, Daniel Neal McPherson, Asst. Atty. Gen., Jefferson City, MO, for Respondent.

Before ROBERT M. CLAYTON III, C.J., GLENN A. NORTON, J., and PATRICIA L. COHEN, J.

*ORDER*

PER CURIAM.

Andre Williams, Sr. appeals the judgment denying his Rule 24.035 motion for post-conviction relief without an evidentia-

ry hearing. The motion court did not clearly err in denying Williams' request for post-conviction relief. We affirm.

An extended opinion would have no precedential value. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the trial court is affirmed under Rule 84.16(b).